

| Judicial Links | eFiling | Help | Contact Us | Print | GrantedPublicAccess **Logoff GREGORY_COOK** |

**21BA-CV00462 - JO A ALLEN V COLUMBIA MALL, LLC ET AL (E-CASE)**

Case | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending ○ Ascending

Display Options: All Entries

---

**03/12/2021** ☐ **Cert Serv Req Prod Docs Things**
Certificate of Service.
**Filed By:** MICHAEL S. HOLDER
**On Behalf Of:** JO ANN ALLEN

**03/08/2021** ☐ **Corporation Served**
Document ID - 21-SMCC-238; Served To - COLUMBIA MALL L.L.C.; Server - SO SHERIFF OF COLE COUNTY-JEFFERSON CITY; Served Date - 26-FEB-21; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served

**03/02/2021** ☐ **Cert Serv Req Prod Docs Things**
Certificate of Service.
**Filed By:** MICHAEL S. HOLDER
**On Behalf Of:** JO ANN ALLEN

☐ **Corporation Served**
Document ID - 21-SMCC-146; Served To - DILLARDS INC/CT; Server - SO SHERIFF OF ST LOUIS COUNTY-CLAYTON; Served Date - 01-MAR-21; Served Time - 09:00:00; Service Type - Sheriff Department; Reason Description - Served

☐ **Notice of Service**
21-SMCC-146; Electronic Filing Certificate of Service.

**02/23/2021** ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-238, for COLUMBIA MALL L.L.C.. Attorneys are to print two copies of summons and issue for service.

☐ **Alias Summons Requested**
Letter to Clerk. (kc)
**Filed By:** MICHAEL S. HOLDER
**On Behalf Of:** JO ANN ALLEN

**02/09/2021** ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-146, for DILLARDS INC/CT. Attorneys are to print two copies of summons and issue for service.

☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-145, for COLUMBIA MALL L.L.C.. Attorneys are to print two copies of summons and issue for service.

☐ **Confid Filing Info Sheet Filed**
**Filed By:** MICHAEL S. HOLDER

☐ **Pet Filed in Circuit Ct**

Case 2:21-cv-04064-NKL   Document 1-1   Filed 03/29/21   Page 1

Exhibit __A__

Plaintiffs Petition For Damages. (kc)
  **Filed By:** MICHAEL S. HOLDER
  **On Behalf Of:** JO ANN ALLEN

☐ **Judge Assigned**



# IN THE 13TH JUDICIAL CIRCUIT, BOONE COUNTY, MISSOURI

| Judge or Division:<br>JEFF HARRIS | Case Number: 21BA-CV00462 |
|---|---|
| Plaintiff/Petitioner:<br>JO ANN ALLEN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHAEL S. HOLDER<br>HOLDER, SUSAN, SLUSHER LLC<br>107 N. SEVENTH STREET<br>COLUMBIA, MO  65201 |
| Defendant/Respondent:<br> COLUMBIA MALL L.L.C. | Court Address:<br>705 E Walnut<br>COLUMBIA, MO  65201 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** DILLARDS INC/CT
**Alias:**

**120 S. CENTRAL AVE**
**CLAYTON, MO  63105**

*COURT SEAL OF*

*BOONE COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____2/9/2021_____    _____/s/ K. Chamberlin_____
Date                                                                 Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____  _____
Printed Name of Sheriff or Server                                       Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____    _____
                                                 Date                                     Notary Public

**Sheriff's Fees, if applicable**
Summons                                   $_____
Non Est                                   $_____
Sheriff's Deputy Salary
Supplemental Surcharge       $\_\_\_\_\_10.00_____
Mileage                                     $_____  (_____ miles @ $._____ per mile)
**Total**                                   $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-146**   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 2:21-cv-04064-NKL   Document 1-1   Filed 03/29/21   Page 3 of 17



# IN THE 13TH JUDICIAL CIRCUIT, BOONE COUNTY, MISSOURI

| Judge or Division:<br>JEFF HARRIS | Case Number: 21BA-CV00462 |
|---|---|
| Plaintiff/Petitioner:<br>JO ANN ALLEN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHAEL S. HOLDER<br>HOLDER, SUSAN, SLUSHER LLC<br>107 N. SEVENTH STREET<br>COLUMBIA, MO 65201 |
| Defendant/Respondent:<br>COLUMBIA MALL L.L.C. | Court Address:<br>705 E Walnut<br>COLUMBIA, MO 65201 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** COLUMBIA MALL L.L.C.
**Alias:**
**221 BOLIVAR ST**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF BOONE COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____2/9/2021_____                _____/s/ K. Chamberlin_____
Date                                                                      Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____         _____
                                      Date                                          Notary Public

**Sheriff's Fees, if applicable**
Summons            $_____
Non Est              $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $____10.00____
Mileage             $_____ (_____ miles @ $._____ per mile)
**Total**              $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-145**   1 of 1                Civil Procedure Form No. 1; Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 2:21-cv-04064-NKL   Document 1-1   Filed 03/29/21   Page 4 of 17

**IN THE CIRCUIT COURT OF BOONE COUNTY, MISSOURI**

| | |
|---|---|
| JO ANN ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| COLUMBIA MALL, LLC, ) | |
| Serve Registered Agent: ) | |
|    Corporation Service Company ) | |
|    D/B/A CSC-Lawyers Incorporating ) | |
|    Service Company ) | |
|    221 Bolivar Street ) | Case No. _____ |
|    Jefferson City, Missouri 65101 ) | |
| ) | |
| And ) | |
| ) | |
| DILLARD'S, INC. ) | |
| Serve Registered Agent: ) | |
|    The Corporation Company ) | |
|    120 South Central Avenue ) | |
|    Clayton, MO 63105 ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S PETITION FOR DAMAGES**

*COMES NOW* Plaintiff Jo Ann Allen, by and through her attorney, and for her cause of action against Defendants, Columbia Mall, LLC, and Dillard's Inc., and each and both of them, states as follows:

1. At all times relevant herein, Plaintiff Jo Ann Allen (hereinafter "Plaintiff") was a resident of Columbia, Boone County, Missouri.

2. Defendant Columba Mall, LLC ("Defendant Columbia Mall") is a Delaware corporation that is in good standing and registered and authorized to do business in the state of Missouri. Defendant Columbia Mall may be served by serving its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 221 Bolivar Street, Jefferson City, Missouri 65101.

3. Defendant Dillard's, Inc. ("Defendant Dillard's") is a Delaware corporation that is in good standing and registered and authorized to do business in the state of Missouri. Defendant Dillard's may be served by serving its registered agent, The Corporation Company, 120 South Central Avenue, Clayton, Missouri 63105.

4. Venue is proper in Boone County, Missouri pursuant to section 508.010 RSMo., in that the cause of action which is the subject of this suit arose in Boone County, Missouri.

5. At all times relevant herein, Defendant Columbia Mall owned, occupied, managed and/or possessed and controlled the premises known as the Columbia Mall, located at 2300 Bernadette Dr., Columbia, MO 65203, subject to certain rights and privileges extended to tenants and leaseholders.

6. At all times relevant herein, Defendant Dillard's possessed the rights to occupy and use that certain portion of the Columbia Mall identified as the Dillard's Department Store, as a tenant of Defendant Columbia Mall, and pursuant to a written lease with Defendant Columbia Mall.

7. On or about January 23, 2020, shortly after 6:00pm, Plaintiff, an invitee of both Defendant Dillard's and Defendant Columbia Mall, exited the Dillard's Department Store through a door on the west side of the store, on the exterior of which there is a small concrete landing and five (5) concrete steps that extend down to a sidewalk which leads away from the store and in the direction of the parking lot.

8. The staircase has a high flat wall on one side and a large round painted metal handrail on the other side.

9. With the exception of a small overhang of the building just above the doorway, the concrete landing, concrete stairs and metal handrail are exposed to the general weather conditions in the area.

10. Unbeknownst to Plaintiff at the time she exited the store, the landing and steps outside of the door were wet and icy and slick from previously melted snow and/or freezing rain or sleet causing Plaintiff to slip and fall down the stairs and suffer serious and permanent injuries to her right leg.

11. At the time and place of her fall, Plaintiff had her hand on and was holding onto the handrail, however, she was unable to prevent her fall, or lessen her fall, as the handrail was also determined to be wet and icy and slick, and of a size and dimension and placement, and surface paint, that made it functionally not graspable by Plaintiff, which also caused and/or contributed to Plaintiff's fall, the severity of her fall, and the nature and extent of her injuries.

12. At the time and place of her fall, it was determined that the light fixture in the area of Plaintiff's fall was not working, and that there was then a lack of adequate lighting available for Plaintiff to observe and become aware of the wet and icy and slick conditions, and to otherwise safely and carefully navigate her path of travel, which also caused and/or contributed to Plaintiff's fall, the severity of her fall, and the nature and extent of her injuries.

13. At that time and place, Defendants, and each and both of them, had a duty to ensure the premises at which Plaintiff fell was maintained in a safe condition, free and clear of snow and ice, with adequate lighting, and a graspable handrail, which included an ongoing duty to monitor the premises for the conditions of adequate lighting and graspable handrails, and with an ongoing duty to anticipate and observe for the accumulation of freezing rain, snow and ice, and to ensure their timely treatment and removal.

14. Defendants, and each and both of them, knew or by reasonable care should have known, prior to Plaintiff's fall and grievous injuries, that the landing and stairs were not adequately lighted, were without a safe and graspable handrail, and were wet and icy and slick, and were therefore a danger to Plaintiff and all other invitees and guests.

15. Defendants, and each and both of them, knew or by reasonable care should have known, prior to Plaintiff's fall and grievous injuries, that the weather reports for the day included freezing rain and snow and conditions that were likely to result in wet and icy and slick walkways on the premises, and specifically in the area at which Plaintiff fell, and adequate time had passed since such conditions first began and had accumulated.

16. Defendants, and each and both of them, breached their duties, and were negligent, careless and reckless in one or more of the following respects:

    a. By allowing the landing and stairs and handrail where Plaintiff fell to become wet and icy and slick;

    b. By allowing the melting snow, freezing rain and/or sleet and ice to accumulate in the area where Plaintiff fell;

    c. By failing to spread salt or other ice melt products to prevent the accumulation of melting snow, freezing rain and/or sleet and ice in the area where Plaintiff fell;

    d. By failing to properly remove the melting snow, freezing rain and/or sleet and ice from the area where Plaintiff fell;

    e. By failing to provide proper and adequate lighting in the area of the landing and stairs where Plaintiff fell;

      f.      By failing to provide a safe and graspable handrail for the landing and stairs in the area where Plaintiff fell;

      g.      By failing to remove the dangerous condition that then existed where Plaintiff fell by means of rugs, adequate lighting, a safe and graspable handrail, ice melt products, and/or other various means, when Defendants knew or should have known of the risk of serious physical harm;

      h.      By failing to barricade the area where Plaintiff fell when Defendants knew or should have known of the risk of serious physical harm;

      i.      By failing to warn Plaintiff of the danger presented when Defendants knew or should have known of the risk of serious physical harm;

      j.      By failing to maintain the premises at which Plaintiff fell in a good and safe condition for Plaintiff and others;

      k.      By otherwise acting carelessly and negligently as may be discovered during the course of this action.

17.    As a direct and proximate result of the negligence, carelessness and recklessness of Defendants, and each and both of them, as aforesaid, Plaintiff sustained significant injuries, to include the following:

      a.      Severe and permanent right lower leg injuries;

      b.      Loss of natural sleep and rest;

      c.      Pain and suffering and mental anguish.

18.    As a direct and proximate result of the above-mentioned injuries and results thereof, it was necessary for Plaintiff to undergo past medical treatment, and to obtain the services of numerous doctors, nurses, and physical therapists, and to take medications.

19. As a direct and proximate result of the above-mentioned injuries and results thereof, it was necessary for Plaintiff to incur the costs for such past medical treatment and services, including transportation and hospitalization, and prescriptions.

20. As a direct and proximate result of the above-mentioned injuries and results thereof, it may be necessary for Plaintiff to undergo future medical treatment, and to obtain the services of numerous doctors, nurses, and physical therapists, and to take medications.

21. As a direct and proximate result of the above-mentioned injuries and results thereof, it may be necessary for Plaintiff to incur the costs for such future medical services, including transportation and hospitalization, and prescriptions, the exact nature and extent being unknown at this time, and, therefore, cannot be pleaded with more particularity.

22. As a direct and proximate result of Defendants' negligence, carelessness and recklessness as aforesaid, Plaintiff suffered a reduction in her ability to work and perform her usual employment such that she sustained a past loss of earnings and profits.

23. As a direct and proximate result of Defendants' negligence, carelessness and recklessness as aforesaid, Plaintiff continues to suffer a reduction in her ability to work and perform her usual employment, such reductions being of a permanent and progressive nature, causing her a future loss of earnings and profits the exact nature and extent being unknown at this time, and, therefore, cannot be pleaded with more particularity.

24. As a direct and proximate result of Defendant's negligence, carelessness and recklessness as aforesaid, Plaintiff suffered from pain and anguish of the mind and body, and a reduction in her ability to go about her day-to-day activities; furthermore, Plaintiff continues to be limited in her ability to go about her day-to-day activities, such limitations being of a permanent and progressive nature.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each and both of them, jointly and severally, in such sum as is fair and reasonable for her injuries and damages suffered, for prejudgment interest if appropriate, and post-judgment interest at the legal rate from the date of judgment, for her costs incurred herein, and for such other and further relief as is just and proper. Plaintiff hereby makes demand for a jury trial of this cause.

Respectfully Submitted,

*/s/ Michael S. Holder*

Michael S. Holder - #39165

HOLDER SUSAN SLUSHER, LLC
107 N. Seventh Street
Columbia, Missouri 65201
(573) 499-1700
Fax: (573) 499-0969
mholder@midmissourilawyers.com

Attorney for Plaintiff



# IN THE 13TH JUDICIAL CIRCUIT, BOONE COUNTY, MISSOURI

| Judge or Division:<br>JEFF HARRIS | Case Number: 21BA-CV00462 |
|---|---|
| Plaintiff/Petitioner:<br>JO ANN ALLEN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHAEL S. HOLDER<br>HOLDER, SUSAN, SLUSHER LLC<br>107 N. SEVENTH STREET<br>COLUMBIA, MO 65201 |
| Defendant/Respondent:<br>COLUMBIA MALL L.L.C. | Court Address:<br>705 E Walnut<br>COLUMBIA, MO 65201 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** COLUMBIA MALL L.L.C.
**Alias:**

SRV: CSC-LAWYERS INC
221 BOLIVAR ST.
JEFFERSON CITY, MO 65101

*COURT SEAL OF BOONE COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____2/23/2021_____  _____/s/ K. Chamberlin_____
Date                                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                 Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____   _____
                          Date                        Notary Public

**Sheriff's Fees, if applicable**
Summons                          $_____
Non Est                          $_____
Sheriff's Deputy Salary
Supplemental Surcharge           $____10.00____
Mileage                          $_____ (_____ miles @ $._____ per mile)
**Total**                        $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-238   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 2:21-cv-04064-NKL   Document 1-1   Filed 03/29/21   Page 12 of 17

**Michael S. Holder**
mholder@midmissourilawyers.com
**Bogdan A. Susan**
bsusan@midmissourilawyers.com
**Christopher A. Slusher**
cslusher@midmissourilawyers.com

*Thomas S. Davis (1966-2004)*



107 N. 7th Street
Columbia MO 65201

573-499-1700
Fax: 573-499-0969

Personal Injury
Wrongful Death
Criminal Defense
DWI Defense

February 23, 2021

Boone County Clerk's Office
705 W. Walnut
Columbia, MO 65201

RE: Jo Ann Allen v. Columbia Mall, LLC, et al.
Boone County Circuit Court Case No. 21BA-CV00462

Dear Sir or Madam:

Please issue a new summons in the above-referenced case for the following Defendant, to include the name of the registered agent:

> Columbia Mall, LLC
> (R.A.) Corporation Service Company d/b/a CSC-Lawyers Incorporating
> 221 Bolivar St.
> Jefferson City, MO 65101

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

*/s/ Kate Stevens*

Kate Stevens
Paralegal

/ks

**IN THE CIRCUIT COURT OF BOONE COUNTY, MISSOURI**

| | |
|---|---|
| JO ANN ALLEN, ) | |
|       Plaintiff, ) | |
| v. ) | |
| ) | |
| COLUMBIA MALL, LLC, ) | Case No. 21BA-CV00462 |
| And ) | |
| DILLARD'S, INC. ) | |
|       Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that the original and/or a copy of the following were attached to the Summons and Plaintiff's Petition for Damages which were served to Defendant Dillard's, Inc. via the St. Louis County Sheriff on the 1st day of March, 2021.

1. Plaintiffs' First Interrogatories Directed to Defendant Dillard's, Inc.; and

2. Plaintiff's First Request for Production of Documents and Things Upon Defendant Dillard's, Inc.

Respectfully Submitted,

**Certificate of Service**

Pursuant to the Court's e-filing system and rules, the opposing party will be served with notice of this filing and access to this filing such that other service is not required.

   /s/ *Michael S. Holder*
Michael S. Holder - #39165

HOLDER SUSAN SLUSHER, LLC
107 N. Seventh Street
Columbia, Missouri 65201
P: (573) 499-1700
F: (573) 499-0969
mholder@midmissourilawyers.com

Attorney for Plaintiff

RETURN SB 3/11



IN THE 13TH JUDICIAL CIRCUIT, BOONE COUNTY, MISSOURI

| Judge or Division:<br>JEFF HARRIS | Case Number: 21BA-CV00462 |
|---|---|
| Plaintiff/Petitioner:<br>JO ANN ALLEN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MICHAEL S. HOLDER<br>HOLDER, SUSAN, SLUSHER LLC<br>107 N. SEVENTH STREET<br>COLUMBIA, MO  65201    39165 |
| Defendant/Respondent:<br>COLUMBIA MALL L.L.C. | Court Address:<br>705 E Walnut<br>COLUMBIA, MO  65201 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: DILLARDS INC/CT
Alias: 3Q CTCOR JW
120 S. CENTRAL AVE
CLAYTON, MO 63105

**COURT SEAL OF BOONE COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____2/9/2021_____         _____/s/ K. Chamberlin_____
Date                              Clerk

Further Information:

FEB 12 2021

### Sheriff's or Server's Return
Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to
_____ (name) **LCW – B. LOVE INTAKE SPECIALIST** (title).
☒ other: **THE CORPORATION CO.**

Served at _____ (address)
in **St. Louis County** (County/City of St. Louis), Mo **MAR 0 1 2021** (date) at **9 A.M.** (time).

**Tom Deakin**
Printed Name of Sheriff or Server            Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____   _____
                         Date                   Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

GDP
2/25/21

21-SMCC-1620

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-146    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



IN THE 13TH JUDICIAL CIRCUIT, BOONE COUNTY, MISSOURI

FILED BOONE COUNTY MAR 08 2021 CHRISTY BLAKEMORE CLERK CIRCUIT COURT, COLUMBIA, MO

RECEIVED FEB 25 2021 COLE COUNTY SHERIFF'S OFFICE

(Date File Stamp)

| Judge or Division: JEFF HARRIS | Case Number: 21BA-CV00462 |
|---|---|
| Plaintiff/Petitioner: JO ANN ALLEN | Plaintiff's/Petitioner's Attorney/Address MICHAEL S. HOLDER HOLDER, SUSAN, SLUSHER LLC 107 N. SEVENTH STREET COLUMBIA, MO 65201 |
| vs. | |
| Defendant/Respondent: COLUMBIA MALL L.L.C. | Court Address: 705 E Walnut COLUMBIA, MO 65201 |
| Nature of Suit: CC Pers Injury-Other | |

## Summons in Civil Case

**The State of Missouri to:** COLUMBIA MALL L.L.C.
Alias:

SRV: CSC-LAWYERS INC
221 BOLIVAR ST.
JEFFERSON CITY, MO 65101

COURT SEAL OF
BOONE COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

2/23/2021          /s/ K. Chamberlin
Date               Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: CSC Lawyers, S.I. (name) designee (title).
☐ other: _____
                                                                                                (address)
Served at 350 E. High St. (County/City of St. Louis), MO, on 02-26-2021 (date) at 8:00 AM (time).
in Cole

Sheriff John P Wheeler    By    Sgt Aimee Wray
Printed Name of Sheriff or Server           Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)
My commission expires: _____   _____
                         Date              Notary Public

$58.68
$30

**Sheriff's Fees, if applicable**
Summons            $_____
Non Est            $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $ 10.00
Mileage            $_____ (_____ miles @ $_____ per mile)
**Total**          $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 21-SMCC-238    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# IN THE CIRCUIT COURT OF BOONE COUNTY, MISSOURI

| | |
|---|---|
| JO ANN ALLEN, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | |
| COLUMBIA MALL, LLC, ) | Case No. 21BA-CV00462 |
| And ) | |
| DILLARD'S, INC. ) | |
|     Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the original and/or a copy of the following were attached to the Summons and Plaintiff's Petition for Damages which were served to Defendant Columbia Mall, LLC via service through the Cole County Sheriff on the 26th day of February, 2021.

1. Plaintiffs' First Interrogatories Directed to Defendant Columbia Mall, LLC; and

2. Plaintiff's First Request for Production of Documents and Things Upon Defendant Columbia Mall, LLC.

Respectfully Submitted,

**Certificate of Service**

Pursuant to the Court's e-filing system and rules, the opposing party will be served with notice of this filing and access to this filing such that other service is not required.

   /s/ *Michael S. Holder*
Michael S. Holder - #39165

HOLDER SUSAN SLUSHER, LLC
107 N. Seventh Street
Columbia, Missouri 65201
P: (573) 499-1700
F: (573) 499-0969
mholder@midmissourilawyers.com

Attorney for Plaintiff